**01–96. Sain v. Roo.**

Franklin App. No. 99AP–1459. On motion for sanctions for frivolous action. Motion granted.

COOK, J., would grant the motion for sanctions and sanction in the amount of $3,031.14 for appellee's attorney fees.

LUNDBERG STRATTON, J., would also award attorney fees.

DOUGLAS and RESNICK, JJ., dissent.

**01–687. State v. McGrone.**

Lucas App. No. L–95–093. On motion for leave to file delayed appeal. Motion denied.

**01–693. State v. Liles.**

Huron App. Nos. H–00–014 and H–00–019. On motion for leave to file delayed appeal. Motion granted.

DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.

**01–720. State v. Bybee.**

Summit App. No. 19758. On motion for leave to file delayed appeal. Motion denied.

**01–723. State v. Jackson.**

Erie App. No. E–00–023. On motion for stay of court of appeals' judgment. Motion denied.

**01–726. State v. Duff.**

Franklin App. Nos. 00AP–466 and 00AP–467. On motion for leave to file delayed appeal. Motion denied.

PFEIFER, J., dissents.

**01–734. State v. Amani.**

Stark App. No. 1999CA00325. On motion for leave to file delayed appeal. Motion granted.

F.E. SWEENEY and COOK, JJ., dissent.

**01–737. State v. Williams.**

Lorain App. Nos. 91CA005118 and 91CA005119. On motion for leave to file delayed appeal. Motion denied.

**01–739. State v. Stansell.**

Cuyahoga App. No. 75889. On motion for leave to file delayed appeal. Motion denied.

**01–742. Wallace v. Taylor.**

Licking App. No. 00CA71. On motion for stay of court of appeals' judgment. Motion denied.

**01–757. State v. Griffin.**

Mahoning App. No. 00CA17. On motion for stay of court of appeals' judgment. Motion denied.

MOYER, C.J., RESNICK and COOK, JJ., dissent.

**01–785. State v. Hillman.**

Franklin App. Nos. 00AP–729 and 00AP–756. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**01–818. Barclay Petroleum, Inc. v. Ohio Dept. of Natural Resources.**

Franklin App. No. 00AP–592. On motion for stay of court of appeals' judgment. Motion granted.

PFEIFER and LUNDBERG STRATTON, JJ., dissent.

## DISCRETIONARY APPEALS ALLOWED

**01–178. Local 67, Internatl. Assn. of Firefighters v. Columbus.**

Franklin App. No. 00AP–283.

PFEIFER and COOK, JJ., dissent.